**United States Bankruptcy Court**
**of the**
**Northern District Of Illinois**
**Western Division**

Trustee's Final Report

In Re:  CHRISTOPHER A. THOMAS                                    Case Number: 08-71548
3014 - 3016 BROADWAY STREET        SSN-xxx-xx-3278
ROCKFORD, IL  61108

Case filed on: 5/19/2008
Plan Confirmed on:

U Dismissed  Unconfirmed

Total funds received and disbursed pursuant to the plan:  $625.00          Detail of Disbursements below:

| Claim # | Name of the Claimant | Claimed by the Creditor | Allowed by the Court | Principal Paid | Interest Paid |
|---|---|---|---|---|---|
| 000 | LEGAL HELPERS, PC | 3,500.00 | 3,500.00 | 410.23 | 0.00 |
|  | Total Legal | 3,500.00 | 3,500.00 | 410.23 | 0.00 |
| 032 | JOYA FOUNTAIN | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Priority | 0.00 | 0.00 | 0.00 | 0.00 |
| 999 | CHRISTOPHER A. THOMAS | 0.00 | 0.00 | 0.00 | 0.00 |
|  | Total Debtor Refund | 0.00 | 0.00 | 0.00 | 0.00 |
| 001 | MIDFIRST BANK | 30,315.08 | 0.00 | 0.00 | 0.00 |
| 002 | RICE AUTO SALES | 4,238.65 | 2,000.00 | 166.65 | 0.00 |
|  | Total Secured | 34,553.73 | 2,000.00 | 166.65 | 0.00 |
| 002 | RICE AUTO SALES | 0.00 | 22.39 | 0.00 | 0.00 |
| 003 | ECMC | 9,720.56 | 97.21 | 0.00 | 0.00 |
| 004 | AFNI, INC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 005 | ARROW FINANCIAL SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 006 | BALLYS | 0.00 | 0.00 | 0.00 | 0.00 |
| 007 | BALLYS | 0.00 | 0.00 | 0.00 | 0.00 |
| 008 | CALVARY PORTFOLIO SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 009 | CAPITAL 1 BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 010 | CB ACCTS INC | 0.00 | 0.00 | 0.00 | 0.00 |
| 011 | CREDIT PROTECT ASSOC. | 0.00 | 0.00 | 0.00 | 0.00 |
| 012 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 013 | CREDITORS PROTECTION | 0.00 | 0.00 | 0.00 | 0.00 |
| 014 | FIRST PREMIER BANK | 0.00 | 0.00 | 0.00 | 0.00 |
| 015 | LASALLE NT BK | 0.00 | 0.00 | 0.00 | 0.00 |
| 016 | MIDLAND CREDIT MANAGEMENT INC | 3,439.58 | 34.40 | 0.00 | 0.00 |
| 017 | MUTUAL MANAGEMENT SERVICES | 922.93 | 9.23 | 0.00 | 0.00 |
| 018 | MUTUAL MANAGEMENT SERVICES | 0.00 | 0.00 | 0.00 | 0.00 |
| 019 | MUTUAL MANAGEMENT | 0.00 | 0.00 | 0.00 | 0.00 |
| 020 | PRESIDIO / CM | 0.00 | 0.00 | 0.00 | 0.00 |
| 021 | PROVIDIAN | 0.00 | 0.00 | 0.00 | 0.00 |
| 022 | ROCKFORD MERCANTILE AGENCY INC | 1,859.58 | 18.60 | 0.00 | 0.00 |
| 023 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 024 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 025 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 026 | ROCKFORD MERCANTILE | 0.00 | 0.00 | 0.00 | 0.00 |
| 027 | STATE COLLECTION SERVICE | 0.00 | 0.00 | 0.00 | 0.00 |
| 028 | US DEPT OF EDUCATION | 0.00 | 0.00 | 0.00 | 0.00 |
| 029 | VERIZON | 0.00 | 0.00 | 0.00 | 0.00 |
| 030 | JEFFERSON CAPITAL SYSTEMS, LLC | 10,332.09 | 103.32 | 0.00 | 0.00 |
| 031 | PORTFOLIO RECOVERY ASSOCIATES | 908.91 | 9.09 | 0.00 | 0.00 |
|  | Total Unsecured | 27,183.65 | 294.24 | 0.00 | 0.00 |
|  | Grand Total: | 65,237.38 | 5,794.24 | 576.88 | 0.00 |

Total Paid Claimant:        $576.88
Trustee Allowance:          $48.12          Wherefore, your petitioner prays that a final Decree be entered
Percent Paid Unsecured:     0.00            discharging the trustee and the trustee's surety from any and all
liablility on account of the within proceedings, and closing the estate,
and for such other relief as is just.  Pursuant to FRBP, I hereby
certify that the subject case has been fully administered.

Report Dated:

_/s/ Lydia S. Meyer_
Lydia S. Meyer, Trustee

**United States Bankruptcy Court**
of the
**Northern District Of Illinois**
**Western Division**

This is to certify that a copy of this notice has been mailed to the debtor and the debtor's attorney.

Dated at Rockford, IL  on 02/26/2009                By  /s/Heather M. Fagan